United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv1091 |
| FREDERICK L. BAYLES, ET AL., *Defendants*. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 28, 2025 (Dkt. 32) and the objections thereto (Dkt. 33), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __14th__ day of April 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE